PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-4012
_____

GEORGE T. VICKERS, JR.

v.

SUPERINTENDENT GRATERFORD SCI;
ATTORNEY GENERAL PENNSYLVANIA,

Appellants

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(W.D. Pa. No. 2-15-cv-00432)
Honorable Robert C. Mitchell, Magistrate Judge
_____

ORDER AMENDING OPINION

The Clerk has been informed of a typographical error in the opinion which was filed on June 6, 2017.  Specifically, counsel for appellant Nicholas Ranjan's name is misspelled in footnote 1 on page 2 of the opinion.  The opinion is hereby amended to correct the misspelling in footnote 1 as follows:

> We express our gratitude to David R. Fine and J. Nicholas Ranjan of K&L Gates LLP for accepting this matter pro bono and for the quality of their briefing and argument in this case. Lawyers who act pro bono fulfill the highest service that members of the bar can offer to indigent parties and to the legal profession.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  July 18, 2017

kr/cc:  George T. Vickers, Jr.
        Jerome A. Moschetta, Esq.
        David R. Fine, Esq.
        J. Nicholas Ranjan, Esq.